

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-18-00820-CR

**IN RE HENRY T. GARLAND Jr.**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Karen Angelini, Justice
               Patricia O. Alvarez, Justice
               Irene Rios, Justice

Delivered and Filed: November 7, 2018

PETITION FOR WRIT OF MANDAMUS DISMISSED FOR LACK OF JURISDICTION

Relator filed a pro se petition for writ of mandamus in which he asks this court to compel the Bexar County Clerk to forward his writs of habeas corpus to this court for a ruling.

This court does not have jurisdiction to issue a writ of mandamus against a district or county clerk unless it is necessary to enforce our own jurisdiction. TEX. GOV'T CODE ANN. § 22.221(a) (court of appeals may only issue writ of mandamus against district and county judges or as necessary to enforce jurisdiction of appellate court); *In re Coronado*, 980 S.W.2d 691, 692 (Tex. App.—San Antonio 1998, orig. proceeding). Relator does not have an appeal pending in this

---

[1] This proceeding arises out of Cause No. 789989; 789991; 792091; 792093, styled *The State of Texas v. Henry T. Garland, Jr.*, pending in the County Court at Law No. 9, Bexar County, Texas, the Honorable Walden Shelton presiding.

court; therefore, our jurisdiction is not in jeopardy. Accordingly, we dismiss relator's petition for writ of mandamus for lack of jurisdiction.

PER CURIAM

DO NOT PUBLISH